**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**SHIVSHAKTI REALTY, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-2208370** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3867 Shore Parkway**<br>**Brooklyn, NY**<br>ZIP Code **11235** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SHIVSHAKTI REALTY, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** SHIVSHAKTI REALTY, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Andrew Pincus**
Signature of Attorney for Debtor(s)

**Andrew Pincus (AP9295)**
Printed Name of Attorney for Debtor(s)

**Seidman & Pincus, LLC**
Firm Name

**777 Terrace Avenue, 5th Floor**
**Hasbrouck Heights, NJ 07604**
Address

**Email: ap@seidmanllc.com**
**(201) 473-0047  Fax: (201) 288-7009**
Telephone Number

**January 7, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Harshad Patel**
Signature of Authorized Individual

**Harshad Patel**
Printed Name of Authorized Individual

**Manager of East End Hospitality Mgmt**
Title of Authorized Individual

**January 7, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re **SHIVSHAKTI REALTY, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AFA Protective Systems<br>155 Michael Drive<br>Syosset, NY 11791 | AFA Protective Systems<br>155 Michael Drive<br>Syosset, NY 11791 | Trade Debt | | 1,389.12 |
| An Hua Laundry<br>95-40 Tuckerton Street<br>Jamaica, NY 11433 | An Hua Laundry<br>95-40 Tuckerton Street<br>Jamaica, NY 11433 | Trade Debt | | 4,301.35 |
| Broadview Networks<br>PO Box 9242<br>Uniondale, NY 11555-9242 | Broadview Networks<br>PO Box 9242<br>Uniondale, NY 11555-9242 | Trade Debt | | 821.36 |
| Con Edison<br>JAF Station<br>PO Box 1702<br>New York, NY 10116 | Con Edison<br>JAF Station<br>PO Box 1702<br>New York, NY 10116 | Utilities | | 7,435.07 |
| Concord Elevator Ind.<br>610 Chestnut Ridge Rd<br>Spring Valley, NY 10977 | Concord Elevator Ind.<br>610 Chestnut Ridge Rd<br>Spring Valley, NY 10977 | Trade Debt | | 1,411.96 |
| Dahill Landscaping<br>630 Dahill Road<br>Brooklyn, NY 11218 | Dahill Landscaping<br>630 Dahill Road<br>Brooklyn, NY 11218 | Trade Debt | | 1,355.49 |
| EJ Pest Control<br>8615 Ft. Hamilton Parkway<br>Brooklyn, NY 11209 | EJ Pest Control<br>8615 Ft. Hamilton Parkway<br>Brooklyn, NY 11209 | Trade Debt | | 680.47 |
| FDNY<br>9 Metrotch Center<br>Brooklyn, NY 11201-5431 | FDNY<br>9 Metrotch Center<br>Brooklyn, NY 11201-5431 | Trade Debt | | 1,312.50 |
| Joe Morea & Sons<br>PO Box 690<br>Wantagh, NY 11793 | Joe Morea & Sons<br>PO Box 690<br>Wantagh, NY 11793 | Trade Debt | | 904.15 |
| Krishna Managment LLC<br>3867 Shore Parkway<br>Brooklyn, NY 11235 | Krishna Managment LLC<br>3867 Shore Parkway<br>Brooklyn, NY 11235 | Rent | | 400,000.00 |
| Lodgeware Inc.<br>Box 188<br>Kaledon, BC VOH1KD | Lodgeware Inc.<br>Box 188<br>Kaledon, BC VOH1KD | Trade Debt | | 549.00 |
| New York State<br>PO Box 15172<br>Albany, NY 12212 | New York State<br>PO Box 15172<br>Albany, NY 12212 | Sales Tax | | 24,677.70 |

B4 (Official Form 4) (12/07) - Cont.

In re **SHIVSHAKTI REALTY, LLC**                                        Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **NYC Dept. of Finance**<br>**PO Box 5160**<br>**Kingston, NY 12402-5160** | **NYC Dept. of Finance**<br>**PO Box 5160**<br>**Kingston, NY 12402-5160** | **Occupancy Tax** | | **37,570.00** |
| **NYHTC & HANYC Benefit**<br>**305 W. 44th Street**<br>**New York, NY 10036** | **NYHTC & HANYC Benefit**<br>**305 W. 44th Street**<br>**New York, NY 10036** | **Employee Benefits** | | **56,805.00** |
| **NYTHC & HANYC Benefit**<br>**305 W. 44th Street**<br>**New York, NY 10036** | **NYTHC & HANYC Benefit**<br>**305 W. 44th Street**<br>**New York, NY 10036** | **Pension Withdrawal Liability** | **Contingent Unliquidated Disputed** | **950,000.00** |
| **NYTHC & HANYC Benefit**<br>**305 W. 44th Street**<br>**New York, NY 10036** | **NYTHC & HANYC Benefit**<br>**305 W. 44th Street**<br>**New York, NY 10036** | **Severance Obligations** | **Contingent Unliquidated Disputed** | **395,000.00** |
| **SJ Energy Partners**<br>**601 Union Street**<br>**Brooklyn, NY 11215** | **SJ Energy Partners**<br>**601 Union Street**<br>**Brooklyn, NY 11215** | **Trade Debt** | | **3,094.98** |
| **Spectrum on Broadway**<br>**111 Carolyn Boulevard**<br>**Farmingdale, NY 11736** | **Spectrum on Broadway**<br>**111 Carolyn Boulevard**<br>**Farmingdale, NY 11736** | **Trade Debt** | | **698.98** |
| **Supermedia LLC**<br>**PO Box 609810**<br>**Dallas, TX 75261** | **Supermedia LLC**<br>**PO Box 609810**<br>**Dallas, TX 75261** | **Trade Debt** | | **404.00** |
| **Travelclick**<br>**2193 Paysphere Circle**<br>**Chicago, IL 60674** | **Travelclick**<br>**2193 Paysphere Circle**<br>**Chicago, IL 60674** | **Trade Debt** | | **897.72** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of East End Hospitality Mgmt of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 7, 2011**                             Signature **/s/ Harshad Patel**
                                                                **Harshad Patel**
                                                                **Manager of East End Hospitality Mgmt**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re  **SHIVSHAKTI REALTY, LLC**
                                 Debtor

Case No. _____

Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ajay Patel**<br>130 Breeley Boulevard<br>Melville, NY 11747 | | **10%** | **Membership Interest** |
| **Ananta Patel**<br>18418 Seine Avenue<br>Artesia, CA 90701 | | **5%** | **Membership Interest** |
| **Dharminder Sinha**<br>118-32 80th Road<br>Kew Gardens, NY 11415 | | **20%** | **Membership Interest** |
| **E End Hosp Mgmt Co LLC**<br>81-43 262nd Street<br>Floral Park, NY 11004 | | **20%** | **Membership Interest** |
| **Gautam Gopalani**<br>33 Olde Hamlet Drive<br>Jericho, NY 11753 | | **20%** | **Membership Interest** |
| **HNR Group, LLC**<br>23 Hayloft Lane<br>Roslyn Heights, NY 11577 | | **10%** | **Membership Interests** |
| **Mukesh Patel**<br>12 Old Homestead Way<br>Albertson, NY 11507 | | **10%** | **Membership Interest** |
| **Tasvir Patel**<br>2534 Franklin, Apt. 5<br>San Francisco, CA 94123 | | **5%** | **Membership Interest** |

__0__ continuation sheets attached to List of Equity Security Holders

In re   **SHIVSHAKTI REALTY, LLC**                                              ,   Case No. _____
                                         Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of East End Hospitality Mgmt of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January  7, 2011**                              Signature  **/s/ Harshad Patel**
                                                                    **Harshad Patel**
                                                                    **Manager of East End Hospitality Mgmt**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re **SHIVSHAKTI REALTY, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **January 7, 2011**

**/s/ Harshad Patel**
**Harshad Patel**/**Manager of East End Hospitality Mgmt**
Signer/Title

Date: **January 7, 2011**

**/s/ Andrew Pincus**
Signature of Attorney
**Andrew Pincus (AP9295)**
**Seidman & Pincus, LLC**
**777 Terrace Avenue, 5th Floor**
**Hasbrouck Heights, NJ 07604**
**(201) 473-0047   Fax: (201) 288-7009**

A-1 Textiles
PO Box 5259
Chatsworth, CA 91313


ADP Inc.
PO Box 9001006
Louisville, KY 40290-1006


AFA Protective Systems
155 Michael Drive
Syosset, NY 11791


An Hua Laundry
95-40 Tuckerton Street
Jamaica, NY 11433


Bel Aqua Pool Supply
20 Commerce Drive
New Rochelle, NY 10801


Berkoff Fox Supply
2114 Coyle Street
Brooklyn, NY 11229


Broadview Networks
PO Box 9242
Uniondale, NY 11555-9242


Con Edison
JAF Station
PO Box 1702
New York, NY 10116


Concept Sec & Investig
1428 Pitkin Avenue
Brooklyn, NY 11233


Concord Elevator Ind.
610 Chestnut Ridge Rd
Spring Valley, NY 10977


Dahill Landscaping
630 Dahill Road
Brooklyn, NY 11218

ECOLAB  
PO Box 905327  
Charlotte, NC 28290


EJ Pest Control  
8615 Ft. Hamilton Parkway  
Brooklyn, NY 11209


FDNY  
9 Metrotch Center  
Brooklyn, NY 11201-5431


Joe Morea & Sons  
PO Box 690  
Wantagh, NY 11793


Krishna Managment LLC  
3867 Shore Parkway  
Brooklyn, NY 11235


Lodgeware Inc.  
Box 188  
Kaledon, BC VOH1KD


National Grid  
PO Box 20690  
Brooklyn, NY 11202


New York State  
PO Box 15172  
Albany, NY 12212


NYC Dept. of Finance  
PO Box 5160  
Kingston, NY 12402-5160


NYC Water Board  
PO Box 410  
Chruch Street Station  
New York, NY 10008


NYHTC & HANYC Benefit  
305 W. 44th Street  
New York, NY 10036

NYTHC & HANYC Benefit
305 W. 44th Street
New York, NY 10036


SJ Energy Partners
601 Union Street
Brooklyn, NY 11215


Spectrum on Broadway
111 Carolyn Boulevard
Farmingdale, NY 11736


Supermedia LLC
PO Box 609810
Dallas, TX 75261


Sysco Guest Supply
PO Box 910
Monmouth Junction, NJ 08852


Travelclick
2193 Paysphere Circle
Chicago, IL 60674

# United States Bankruptcy Court
## Eastern District of New York

In re **SHIVSHAKTI REALTY, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SHIVSHAKTI REALTY, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**E End Hosp Mgmt Co LLC**  
**81-43 262nd Street**  
**Floral Park, NY 11004**

**HNR Group, LLC**  
**23 Hayloft Lane**  
**Roslyn Heights, NY 11577**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 7, 2011** | **/s/ Andrew Pincus** |
| Date | **Andrew Pincus (AP9295)** |
| | Signature of Attorney or Litigant |
| | Counsel for **SHIVSHAKTI REALTY, LLC** |
| | **Seidman & Pincus, LLC** |
| | **777 Terrace Avenue, 5th Floor** |
| | **Hasbrouck Heights, NJ 07604** |
| | **(201) 473-0047 Fax:(201) 288-7009** |
| | **ap@seidmanllc.com** |